**Ben Rosenfeld**
Attorney at Law
115 ½ Bartlett Street • San Francisco, CA 94110
415-285-8091 / 285-8092 (fax)
ben.rosenfeld@comcast.net

December 23, 2013

Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court - NDCA
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *Estate of Matthew Cicelske v. City of Oakland*, No.  C-13-00379-JSC

Dear Magistrate Spero:

I represent plaintiffs in the above-entitled matter, which is set for a settlement conference before you on January 21, 2014 at 9:30 am.

I write both to inform the Court that plaintiffs do not oppose defendants' request (by letter e-filed on December 20, 2013) to excuse the appearances of defendants Adam Humphrey and Tony Jones, and to request the same leave with respect to the descedents' children, plaintiffs Cameron and Antonio Cicelske.

Plaintiffs believe that the appearance of the children at the settlement conference would be unnecessarily traumatizing, in circumstances where the children have struggled, plaintiff Anita Barone (the descedent's mother) can adequately represent the children's interests at the settlement conference, and Ms. Barone in fact is listed in the complaint as their guardian *ad litem* (although Cameron Ciceselske is now of majority age).

Plaintiffs' counsel will obtain all necessary authority, and the absence of the children should not impair settlement discussions in any way.

Thank you for your courtesy.

Sincerely,                              Dated: 1/6/14

Ben Rosenfeld, Attorney

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA