BEN ROSENFELD (State Bar #203845)
DENNIS CUNNINGHAM (State Bar #112910)
Attorneys At Law
115 ½ Bartlett Street
San Francisco, CA 94110
Telephone: (415) 285-8091; Fax: (415) 285-8092

Attorneys for Plaintiffs
ESTATE OF MATTHEW CICELSKE, *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MATTHEW CICELSKE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, *et al.*, <br><br> Defendants. | Case No. C-13-0379-JSC <br><br> [~~PROPOSED~~] ORDER DIRECTING THE ALAMEDA COUNTY SHERIFF'S OFFICE TO PRODUCE AUTOPSY RECORDS TO PLAINTIFFS |

The Court, having read and considered Plaintiffs' Plaintiffs' Notice And *Ex Parte* Application For Stipulated Order Directing The Alameda County Sheriff's Office Coroner's Bureau To Produce Autopsy Records To Plaintiffs, together with the supporting documents filed in conjunction therewith, including the declaration of plaintiff's counsel and the stipulation, and based on Alameda County's non-opposition and for GOOD CAUSE SHOWN, orders as follows:

Pursuant to CCP § 129, The Alameda County Sheriff's Office shall produce to plaintiffs all records, including photographs, related to the autopsy performed on decedent Matthew Ciceske on or about January 31, 2011.

1

1  This Order applies to the Sheriff's Office of Alameda County California, its Coroner's Bureau and any other offices or departments within the Sheriff's Department.  It does not apply to the Alameda County District Attorney or to any other Alameda County agency.

IT IS SO ORDERED:

February 13, 2014

Date

*Jacqueline S. Corley*

Honorable Jacqueline Scott Corley
United States Magistrate Judge