Gregory A. Wedner, State Bar # 067965
William E. Simmons, State Bar # 121266
**LOZANO SMITH**
2001 North Main Street, Suite 650
Walnut Creek, CA 94596
Telephone: (925) 953-1620
Facsimile: (925) 953-1625
Email: wsimmons@lozanosmith.com

Barbara J. Parker, City Attorney, State Bar # 069722
Randolph W. Hall, Chief Assistant City Attorney, State Bar # 080142
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone: (510) 238-6520
Facsimile: (510) 238-6500
Email: rhall@oaklandcityattorney.org

Attorneys for Defendants
CITY OF OAKLAND, Officer KATHERINE EVANS,
Officer ADAM HUMPHREY, Sergeant MICHAEL BEAVER,
Lieutenant CLIFFORD WONG and Lieutenant TONY JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESTATE OF MATTHEW CICELSKE, by and through ANITA BARONE, as the personal representative of the Estate, as well as on her own behalf; minor children CAMERON CICELSKE and ANTONIO CICELSKE, by and through their guardian *ad litem*; JUSTIN OWENS; and BENJAMIN CICELSKE,<br><br>Plaintiffs,<br><br>vs.<br><br>Oakland Police Officer KATHERINE EVANS (# 8895P); Officer ADAM HUMPHREY (# 8624P); Sergeant MICHAEL BEAVER (# 8095); Lieutenant CLIFFORD WONG (# 8196P); Lieutenant TONY JONES (# 8026); the CITY OF OAKLAND; and DOES 1-50, inclusive.<br><br>Defendants. | Case No. 13-cv-0379-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES** |

STIPULATION AND [PROPOSED] ORDER
EXTENDING FACT DISCOVERY DEADLINES

- 1 -

Estate of Matthew Cicelske, et al v. Humphrey et al
13-cv-0379-JSC

The parties, by and through their respective attorneys, stipulate and agree as follows.

Since a settlement conference in January 2014, the parties have deposed Oakland Police officer witnesses and civilian witnesses and have exchanged documents.

In order to preserve and further evaluate the testimony of additional witnesses for possible settlement and/or trial purposes, the parties need to undertake further additional discovery, including depositions of plaintiff parties and additional percipient witnesses. It is estimated that an additional eight (8) to ten (10) depositions, if not more, will need to be taken.

Due to counsels' workloads in other matters and availability issues with some percipient witnesses, efforts to comply with the current fact discovery deadline of June 6 will detrimentally affect both sides' case budgets and calendars and adversely impact settlement prospects and trial preparation. Accordingly, the parties jointly stipulate and propose that the following new schedule be ordered:

| | |
|---|---|
| Fact Discovery Cut-Off: | July 18, 2014 |
| Expert Disclosure Deadline: | July 31, 2014 |
| Rebuttal Expert Disclosure Deadline: | August 7, 2014 |

<u>All other previously ordered dates remain unchanged.</u>

Respectfully submitted,

Dated: June 4, 2014

        /s/ Ben Rosenfeld
BEN ROSENFELD
Attorneys for Plaintiffs

Dated: June 4, 2014      **LOZANO SMITH**

        /s/ William E. Simmons
WILLIAM E. SIMMONS
Attorneys for Defendants

**Order**

WHEREAS, good cause exists for the relief requested herein, the Court hereby makes the foregoing stipulation the order of the Court.

IT IS SO ORDERED

Dated: _Lwpg'7."4236_ _____
HON JA...
UNITED...MAGISTRATE JUDGE



GRANTED
Judge Jacqueline Scott Corley

STIPULATION AND [PROPOSED] ORDER
EXTENDING FACT DISCOVERY DEADLINES
- 3 -
Estate of Matthew Cicelske, et al v. Humphrey et al
13-cv-0379-JSC