UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MATTHEW CICELSKE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHERINE EVANS (#8895P), et al., <br><br> Defendants. | Case No. 13-cv-00379-JSC   (JCS) <br><br> **ORDER VACATING SETTLEMENT CONFERENCE** <br><br> Re: Dkt. No. 29 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter having advised the Court that they have agreed to a settlement, it is hereby **ORDERED** that the Settlement Conference set for October 16, 2014, at 9:30 A.M., is **VACATED**.

Dated: October 14, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge